V. LOEWER'S GAMBRINUS BREWERY COMPANY, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 95.

Circuit Court of Appeals, Second Circuit.

Nov. 21, 1938.

Arthur B. Hyman, of New York City (Charles H. Lieb, of New York City, of counsel), for petitioner.

James W. Morris, Asst. Atty. Gen., Sewall Key and Harry Marselli, Sp. Assts. to Atty. Gen., for respondent.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.
Decision affirmed.